# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 05-56-10 |
| | : | |
| **EDWARD BALL** | : | |

## ORDER

**AND NOW**, this 6th day of January 2021, upon considering Defendant's *pro se* Motion to terminate supervised release (ECF Doc. No. 940), the United States' Opposition (ECF Doc. No. 950), upon reviewing the sealed plea agreement and plea hearing transcript, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to terminate supervised release (ECF Doc. No. 940) is **DENIED**.

_____
**KEARNEY, J.**